PROB 12B
(7/93)

# United States District Court

for

## District of New Jersey

## Request for Modifying the Conditions of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Gregory Broccoli                          Cr.: 05-331-01
PACTS Number: 41971

Name of Sentencing Judicial Officer: Dennis M. Cavanaugh, United States District Judge

Date of Original Sentence: 06/25/07

Original Offense: Conspiracy to Defraud the United States

Original Sentence: Five (5) years probation, with conditions including 12 months home confinement. Restitution: $1,806,905 to be paid monthly no less than $500.

Type of Supervision: Supervised release              Date Supervision Commenced: 06/25/07

## PETITIONING THE COURT

[X]    To modify the conditions of supervision as follows:

The offender shall make monthly restitution/fine payments in the amount of $350.00, and $100 per month in electronic monitoring fees while on Home Detention. After completion of the offender's period of Home Detention, the offender will commence payments in the amount of $450.00 per month toward the restitution and fine imposed at the time of sentencing.

## CAUSE

Probation conducted a thorough financial investigation of the offender and determined that he can afford to pay $450 per month in total Court payments. The modification considers his minimum monthly payment of a $100 electronic monitoring fee and $350 toward his restitution obligation during the 12-month period of home confinement.

Respectfully submitted,

*Thomas Stone*

By: Thomas Stone
      Senior U.S. Probation Officer

Date: 07/11/08

PROB 12B - Page 2
Gregory Broccoli

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Dennis M. Cavanaugh
U.S. District Judge

_____
Signature of Judicial Officer

7-17-08
_____
Date

# United States District Court

## DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

> The offender shall make monthly restitution/fine payments in the amount of $350.00, and $100 a month in electronic monitoring fees while on Home Detention. After completion of the offender's period of Home Detention, the offender will commence payments in the amount of $450.00 a month towards the restitution and fine imposed at the time of sentencing.

Witness: _____  Signed: _____
U.S. Probation Officer                Probationer or Supervised Releasee

11/21/07
Date