PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Gregory Broccoli  
Cr.: 06CR405-01 and 05CR331-01  
PACTS #: 41971 (NJ)

Name of Sentencing Judicial Officer: Honorable Dennis M. Cavanaugh

Date of Original Sentence: 06/27/07

Original Offense: Conspiracy to Defraud the United States (6 counts), Evade Income Tax

Original Sentence: 5 years probation; $5,542,081 total restitution; $35,000 fine; and the following special conditions: 12 months home confinement; cooperation with the Internal Revenue Service; mental health evaluation/treatment; employment restrictions; no new debt; financial disclosure; and DNA testing.

Type of Supervision: Probation            Date Supervision Commenced: 06/27/07

## PETITIONING THE COURT

[ ] To extend the term of supervision for ____ Years, for a total term of ____ Years.
[X] To modify the conditions of supervision as follows. The addition of the following special condition(s):

LOCATION MONITORING PROGRAM   (2 months) (Payment waived)

You are to participate in the Location Monitoring Program. You shall be confined to your residence for a period of 2 months commencing at the direction of the U.S. Probation Office. You shall be required to be at this residence at all times except for approved absences for gainful employment, community service, religious services, medical care, educational or training programs and at other such times as may be specifically authorized by the U.S. Probation Office. You shall wear a Location Monitoring device and follow all location monitoring procedures. You shall permit the Probation Officer access to the residence at all times and maintain a telephone at the residence without any custom services or portable, cordless equipment. You shall comply with any other specific conditions of home confinement as the Court may require. The U.S. Probation Office may use less restrictive location monitoring technology if the U.S. Probation Office determines that a less restrictive device is available and appropriate.

## CAUSE

The offender failed to make good faith payments towards his financial obligation despite being gainfully employed.

Respectfully submitted,

By: Suzanne J. Golda  
U.S. Probation Officer  
Date: 06/07/11

PROB 12B - Page 2
Gregory Broccoli

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

July 14, 2011
Date